JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ROBLES ROBLES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 2:21-cv-00331-JVS-PD<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Application for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Application is denied and this matter is dismissed without prejudice.

DATED: January 19, 2021.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE